IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) |
| | ) MDL 875 |
| | ) |
| This Document Relates to United States District Court for Maryland | ) ) |
| | ) |
| (See Attachment A) | ) ) |
| | ) |

AND NOW, this *11th* day of *August*, 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: _____8/11/00_____    _____Charles R. We___

Charles R. Weiner